Good morning, gentlemen. I understand you have a stipulation. We do, Your Honor. The parties have agreed to ask this Court to reinstate the appeal that was dismissed in January 2000. And I think each party will bear their own costs. Are you folks going to send us a written stipulation to that effect? Great. Thank you very much. We appreciate your handling the matter in that fashion. Thanks. Good morning. Thank you.
judges: Hall, Silverman, Graber